# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA
### FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | |
| DALE EUGENE WILLIAMS | ) | BANKRUPTCY CASE NUMBER 08-12960 |
| SUSAN ELIZABETH WILLIAMS | ) | CHAPTER 7 |
| | ) | |
| DEBTORS. | ) | |

### NOTICE PURSUANT TO F.R.B.P. 3010

Comes now the Trustee, Yvette Gaff Kleven, and advises that dividends to the below-listed creditors were less than $5.00 each:

    CLAIM # 2    Spirit of America National Bank    $ 1.83
                        First Express
                        Post Office Box 856132
                        Louisville, Kentucky  40285-6132

                                                            **TOTAL:    $ 1.83**

Respectfully submitted,

    /s/ Yvette Gaff Kleven
Yvette Gaff Kleven, Chapter 7 Trustee
927 South Harrison Street
Fort Wayne, Indiana   46802
Telephone:  260 / 407-7000
ygk@sak-law.com

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 22nd day of June, 2011, a true and correct copy of the above and foregoing NOTICE PURSUANT TO F.R.B.P. 3010 was transmitted electronically through the Bankruptcy Court's ECF System to: the United States Trustee, at USTPRegion10.SO.ECF@usdoj.gov,, and was sent via first class United States mail, postage prepaid, to the Creditor listed above at the address indicated.

    /s/ Yvette Gaff Kleven
Yvette Gaff Kleven